## LeGRANDE v. STATE

No. 462A01-7

Case below: Stanly County Superior Court

Motion by plaintiff pro se civil claim against the state for malicious and deliberate erroneous convictions, imprisonments and sentence to death in capital case 95CRS567, 847 from Stanly County dismissed 31 January 2002.

## LINDSEY v. BODDIE-NOELL ENTERS., INC.

No. 679A01

Case below: 147 N.C. App. 166

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 31 January 2002.

## LUDWIG v. HUANG

No. 697P01

Case below: 147 N.C. App. 786

Petition by defendant pro se for discretionary review pursuant to G.S.7A-31 denied 31 January 2002.

## MARCUM v. EDWARDS

No. 606P01

Case below: 145 N.C. App. 502

Petition by Allied Holdings, Inc. (Statutory Subrogee) for discretionary review pursuant to G.S.7A-31 denied 18 December 2001.

## McFADDEN v. WAKE CTY. BD. OF EDUC.

No. 373P01

Case below: 143 N.C. App. 715

Petition by Plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 31 December 2001.